ANDREW J. EASTER ET UX. *v.* LAWRENCE E. EASTER ET AL.

[No. 13, October Term, 1943.]

*Decided December 14, 1943.*

The cause was argued before SLOAN, C. J., DELA-PLAINE, COLLINS, MARBURY, GRASON, MELVIN, ADAMS, and BAILEY, JJ.

*Andrew J. Easter* in proper person for the appellants.

*Edward L. Ward* for the appellees.

ADAMS, J., delivered the opinion of the Court.